# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 19-5272**                  **September Term, 2023**

                                                    1:18-cv-02718-RDM

                                 **Filed On: November 1, 2023** [2024759]

O.A., et al.,

       Appellees

       v.

Joseph R. Biden, Jr., as President of the
United States, et al.,

       Appellants

## M A N D A T E

In accordance with the order of November 1, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                       BY:        /s/
                                           Michael C. McGrail
                                           Deputy Clerk

Link to the order filed November 1, 2023